IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-cr-304-MEF |
| | ) | (WO) |
| CARLOS LUGO-RODRIGUEZ | ) | |

## **O R D E R**

On April 21, 2014, the defendant filed a Motion to Continue Trial (Doc. #28). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the Court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Act also excludes from this any "period of delay resulting from the absence or unavailability of the defendant." 18 U.S.C. § 3161(h)(3)(A). A defendant "shall be considered absent when his whereabouts are unknown and, in addition, he is attempting to avoid apprehension or prosecution or his whereabouts cannot be determined by due

diligence." 18 U.S.C. § 3161(h)(3)(B).

The motion states that the defendant was on pre-trial release with standard conditions including electronic monitoring and was to be supervised by the probation office from the Northern District of Georgia. It is believed that defendant, on or about February 25, 2014, removed the electronic monitoring device from his person and has absconded. Currently, his whereabouts are unknown and cannot be determined with due diligence. The government does not oppose the motion. Consequently, the Court concludes that a continuance of this case is warranted.

Accordingly, it is hereby ORDERED:

1. That the defendant's motion to continue filed on April 21, 2014 is GRANTED.

2. That the trial of this case set for May 12, 2014 is continued generally.

DONE this the 25th day of April, 2014.

    /s/ Mark E. Fuller  
UNITED STATES DISTRICT JUDGE